## LOEW v. NEW YORK CITY RY. CO.

(Supreme Court, Appellate Term. February 11, 1907.)

Appeal from Municipal Court, Borough of Manhattan, Fourth District.

Action by Frederick Loew against the New York City Railway Company. From a judgment for defendant, plaintiff appeals. Reversed and rendered.

Argued before GILDERSLEEVE, MacLEAN, and AMEND, JJ.

John Loew, for appellant.

James L. Quackenbush, for respondent.

PER CURIAM. This is one of the so-called "North and South Cases," and raises precisely the point involved in the appeal of Peter C. Kelly v. New York City Ry Co. (No. 100, December Term) 102 N. Y. Supp. 742.

For the reasons stated in the opinion in the Kelly Case, handed down herewith, the judgment must be reversed, and judgment given for the plaintiff, as demanded in the complaint, with costs.